IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03414-GPG

WILLIAM HOGAN,

    Plaintiff,

v.

WELD COUNTY JAIL,
YOUNT,
FALONBURG,
BARIKATA,
PENNINGTON,
SHUETT,
VEAGIS, and
ROSTEN,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, William Hogan, is currently incarcerated at the Weld County Jail in Greeley, Colorado. Mr. Hogan initiated this action by filing *pro se* a Prisoner Complaint (ECF No. 1). On January 14, 2015, Magistrate Judge Gordon P. Gallagher ordered Mr. Hogan to cure certain deficiencies if he wished to pursue any claims in this action. In particular, Mr. Hogan was ordered to file on the proper form a Prisoner Complaint that provided addresses for all defendants in "Section A. Parties" of the complaint. Mr. Hogan also was ordered either to pay the $400.00 filing and administrative fees or to file on the proper form a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 along with a certified copy of his prison trust fund statement for the six-month period immediately preceding the filing of his Complaint. Mr. Hogan was

warned that the action would be dismissed if he failed to cure the deficiencies within thirty days.

On February 12, 2014, Mr. Hogan submitted a copy of his inmate trust fund account statement, but the statement was not certified.  He also failed to submit on the court-approved forms a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint with addresses for all named defendants. On February 19, 2015, Magistrate Judge Gallagher entered a minute order again directing Mr. Hogan to cure all designated deficiencies within thirty days from the date of the minute order.  Mr. Hogan was warned that the action would be dismissed without further notice if he failed to cure all of the deficiencies within thirty days.

On February 25, 2015, Mr. Hogan filed a "Motion to Leave to Proceed" (ECF No. 11), which was not on the proper, court-approved form.  On March 9, 2015, Mr. Hogan filed a "Motion to Cure Deficancies [sic]" and a certified copy of his trust fund account statement (ECF No. 12).  In the Motion, Mr. Hogan stated that "Defendants are employed at 2110 O St. Greeley, CO 80631."  Although, Mr. Hogan submitted a certified account statement and provided an address for Defendants, he did not file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the court-approved form and he failed to submit a complete Prisoner Complaint. Therefore, Mr. Hogan, has not cured all the deficiencies within the time allowed and the action will be dismissed without prejudice for failure to cure the deficiencies.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369

U.S. 438 (1962).  If Mr. Hogan files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Hogan failed to cure the deficiencies as directed.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.  It is

FURTHER ORDERED that the "Motion to Leave to Proceed" (ECF No. 11) is denied as moot.

DATED at Denver, Colorado, this   26th   day of    March   , 2015.

BY THE COURT:


  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court