IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03414-LTB

WILLIAM HOGAN,

    Plaintiff,

v.

WELD COUNTY JAIL,
YOUNT,
FALONBURG,
BARIKATA,
PENNINGTON,
SHUETT,
VEAGIS, and
ROSTEN,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by the Court on March 26, 2015, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 26 day of March, 2015.

    FOR THE COURT,

    JEFFREY P. COLWELL, Clerk

    By: s/A. Thomas
        Deputy Clerk